454 A.2d 174

Commonwealth v. Plexico, Appellant.
Petition for Allowance of Appeal
Denied March 22, 1983.

**630**

 Argued December 8, 1981. Joseph T. Kelley, for appellant; Mark S. Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.